21,577-12

Sept. 21, 2015

ABEL ACOSTA, CLERK
TEXAS COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 29 2015

Abel Acosta, Clerk

In re: Ex parte Johnson, Writ. No. WR-21,577-12

TO THE CLERK ACOSTA:

Today I received a White Card to advise that "The Court" has "Denied without Written Order" something I have not filed. I would never file a Motion For Leave To File a Writ of Mandamus, I would just file the Writ of Mandamus on its merits. It's a WRIT, NOT a motion. Writs ARE NOT discretionary. To refuse to review and act on a Writ violates Due Process of Law under the 5th and 14th Amendments, hence why I appealed to the Texas Supreme Court.

If "The Court" did, in fact, refuse my filing of Writ of Habeas Corpus as I previously received NOTICE of, then as previously requested, I [require] the name of the offending Judge for filing to the State Commission on Judicial Conduct.

I have made this request previously for myself and other inmates who have been denied their Writs filied under Art. 11.07 to be reviewed yet have received NO answer from your office. What I am now requesting of my family members in the Ausitn/Round Rock/Elgin area is to go talk to both the Legislature (spicific Senators and Representatives I have written) in needs of a Legislative investigation into this matter of refusal of the names of any Judges denying the Writs filed under the Texas Constitution, Art. 1 §12.

A previous story in "The American Bulletin" in 2009 tells of how the Clerks of the federal courts were rubber-stamping filings made into the Courts. I am fully aware that Clerks have NO Judicial authority to DENY any filing. I am now wondering if this is happening in the Texas Judicial system. Time to find out.

Once more I am requiring the name of the Judge who denied my Writ of Habeas Corpus without proper review since I AM ILLEGALLY IMPRISONED WITH NO CONVICTION by a State agency under the Executive branch of the Texas government in violation of Art. 2. I await your answer while preparing to file to the FBI on this matter.

Respectfully yours,

/s/ William E. Johnson
William E. Johnson 493576
C.T. Terrell Unit
1300 FM 655
Rosharon, Texas 77583                    Dated & documented